1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  NATHANAEL M. COUSINS (CABN 177944)
   Assistant United States Attorney
5
   150 Almaden Blvd., Suite 900
6  San Jose, California 95113
   Telephone: (408) 535-5061
7  Facsimile: (408) 535-5066
   E-Mails:  nat.cousins@usdoj.gov
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12 | UNITED STATES OF AMERICA,        )
                                      )  Nos. CR 10-00344 JF
13 |                                  )  and CR 09-00586 JF
                                      )  [ordered related]
14 |       v.                         )
                                      )  **STIPULATION TO CONTINUE
15 | REYNALDO PEDREGON, JR.,          )  STATUS HEARING FROM
                                      )  SEPTEMBER 23, 2010 TO
16 |       Defendant.                 )  OCTOBER 7, 2010, AND TO
                                      )  EXCLUDE TIME UNDER SPEEDY
17 |_____ )  TRIAL ACT**; [proposed] **ORDER**

18     The parties agree to continue the status conference scheduled for September 23,

19  2010, at 9:00 a.m., to October 7, 2010, 9:00 a.m. or any later available date, so that

20  defendant's counsel may be present and prepared for the status conference. The parties

21  also agree to exclude time under the Speedy Trial Act from September 23 to October 7

22  for the reasons that follow. A proposed order follows.

23     The reason for the proposed continuance is that defendant's counsel, Assistant

24  Federal Public Defender Manuel Araujo will be unavailable between now and at least

25  September 27 due to health reasons.

26     In these related cases, defendant Pedregon is charged by indictment with

27  possession with intent to distribute methamphetamine (CR 10-00344) and with violating

28  the terms of his supervised release (CR 09-00586). There is no trial date set.

STIPULATION TO CONTINUE
Nos. CR 10-00344 JF & CR 09-00586 JF

1   The parties agree that denying the request to exclude time under the Speedy Trial
Act would deny counsel for the defense the reasonable time necessary for effective
preparation and continuity of counsel, taking into account the exercise of due diligence.
18 U.S.C. § 3161(h)(7)(B)(iv).  Furthermore, the parties agree that the ends of justice
served by the granting of the continuance outweigh the best interests of the public and the
defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

MELINDA HAAG
United States Attorney,
Northern District of California

Dated: September 17, 2010         /s/ Nat Cousins
NATHANAEL M. COUSINS
Assistant United States Attorney

**AGREED**

/s/ Nicholas Humy
Supervisory Assistant Federal Public Defender
on behalf of AFPD Manuel Araujo
Counsel for Defendant

### [proposed] ORDER

The Stipulation is GRANTED and this matter is continued from September 23 to October 7, 2010, at 9:00 a.m.  The Court further orders time excluded under the Speedy Trial Act from September 23 to October 7 under 18 U.S.C. § 3161(h)(7)(B)(iv) on the basis that denying the request would deny counsel for the defense the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence.   In addition, the Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Dated: 9/20, 2010

HON. JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO CONTINUE
Nos.  CR 10-00344 JF & CR 09-00586 JF    2