1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Acting Criminal Chief

4  NATHANAEL M. COUSINS (CABN 177944)
   Assistant United States Attorney
5
   150 Almaden Blvd., Suite 900
6  San Jose, California 95113
   Telephone: (408) 535-5061
7  Facsimile: (408) 535-5066
   E-Mails:  nat.cousins@usdoj.gov
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                 SAN JOSE DIVISION

12 UNITED STATES OF AMERICA,        )
                                    )   Nos. CR 10-00344 JF
13                                  )   and CR 09-00586 JF
                                    )   [ordered related]
14        v.                        )
                                    )
15 REYNALDO PEDREGON, JR.,          )   **STIPULATION TO CONTINUE**
                                    )   **STATUS HEARING FROM**
16        Defendant.                )   **DECEMBER 2, 2010 TO**
                                    )   **DECEMBER 16, 2010, AND TO**
17 _____ )   **EXCLUDE TIME UNDER SPEEDY**
                                        **TRIAL ACT**; [~~proposed~~] **ORDER**

18        The parties agree to continue the status conference scheduled for December 2,

19 2010, at 9:00 a.m., to December 16, 2010, 9:00 a.m. or any later available date, so that

20 defendant's counsel may be present and prepared for the status conference.  The parties

21 also agree to exclude time under the Speedy Trial Act from December 2 to December 16

22 for the reasons that follow.  A proposed order follows.

23        The reason for the proposed continuance is that defendant's counsel, Assistant

24 Federal Public Defender Manuel Araujo will be unavailable to meet with his client

25 between now and approximately December 16 due to health reasons.

26        In these related cases, defendant Pedregon is charged by indictment with

27 possession with intent to distribute methamphetamine (CR 10-00344) and with violating

28 the terms of his supervised release (CR 09-00586).  There is no trial date set.

STIPULATION TO CONTINUE
Nos.  CR 10-00344 JF & CR 09-00586 JF

The parties agree that denying the request to exclude time under the Speedy Trial Act would deny counsel for the defense the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  Furthermore, the parties agree that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).


Respectfully submitted,

MELINDA HAAG
United States Attorney,
Northern District of California

Dated: November 24, 2010          /s/ Nat Cousins
                                  NATHANAEL M. COUSINS
                                  Assistant United States Attorney

**AGREED**

/s/
AFPD Manuel Araujo
Counsel for Defendant

**[proposed] ORDER**

The Stipulation is GRANTED and this matter is continued from December 2 to December 16, 2010, at 9:00 a.m.  The Court further orders time excluded under the Speedy Trial Act from December 2 to 16 under 18 U.S.C. § 3161(h)(7)(B)(iv) on the basis that denying the request would deny counsel for the defense the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence.   In addition, the Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Dated: 11/30         , 2010          _____
                                     HON. JEREMY FOGEL
                                     UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO CONTINUE
Nos.  CR 10-00344 JF & CR 09-00586 JF     2