1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  NATHANAEL M. COUSINS (CABN 177944)
   Assistant United States Attorney
5
    150 Almaden Blvd., Suite 900
6   San Jose, California 95113
    Telephone: (408) 535-5061
7   Facsimile: (408) 535-5066
    E-Mails:  nat.cousins@usdoj.gov
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 | UNITED STATES OF AMERICA,         )
   |                                   ) Nos. CR 10-00344 JF
13 |                                   ) and CR 09-00586 JF
   |                                   ) [ordered related]
14 |      v.                           )
   |                                   ) **STIPULATION REQUESTING**
15 | REYNALDO PEDREGON, JR.,            ) **TO BE ADDED TO COURT'S**
   |                                   ) **CRIMINAL CALENDAR ON**
16 |      Defendant.                    ) **FEBRUARY 24, 2011, FOR**
   |                                   ) **STATUS CONFERENCE**;
17 |_____) [~~proposed~~] **ORDER**

18       The parties jointly request to be added to the Court's criminal calendar on

19 February 24, 2011, at 9:00 a.m., to address the status of the case.  Specifically, the parties

20 seek to address the timing of the trial scheduled for April 1, 2011.

21 ///

22

23

24

25

26

27

28

   STIPULATION
   Nos. CR 10-00344 JF & CR 09-00586 JF

Respectfully submitted,

MELINDA HAAG
United States Attorney,
Northern District of California

Dated: February 22, 2011

/s/ Nat Cousins
NATHANAEL M. COUSINS
Assistant United States Attorney

**AGREED**

/s/
AFPD Manuel Araujo
Counsel for Defendant

[proposed] **ORDER**
Nos. CR 10-00344 JF and CR 09-00586 JF

The request is GRANTED and this matter is ordered to be added to the Court's calendar on February 24, 2011, at 9:00 a.m.

Dated: 2/23, 2011

HON. JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE