1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant PEDREGON

6

7

8

**FILED**

APR 27 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

9

10

11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

12  UNITED STATES OF AMERICA,           )   No.  CR 10-00344 JF
                                        )   No.  CR 09-00586 JF
13                    Plaintiff,        )
                                        )   APPLICATION AND [PROPOSED]
14  vs.                                 )   ORDER TO FILE DECLARATION
                                        )   UNDER SEAL
15                                      )
    REYNALDO PEDREGON, JR.,             )
16                                      )
                      Defendant.        )
17  _____)   Honorable Paul S. Grewal

18

19                          **APPLICATION**

20        Defendant Reynaldo Pedregon, Jr., by and through his counsel, respectfully requests leave

21  to file the Declaration of Manuel U. Araujo in Support of the Motion to Withdraw as Counsel

22  and Exhibit **Under Seal**.

23  //

24  //

25  //

26
    APPLICATION AND [PROPOSED] ORDER
    TO FILE DECLARATION UNDER SEAL
    CR 10-00344 JF; CR 09-00586 JF               1

1         This request is made on the ground that the Declaration and Exhibit contain privileged

2    communications between Mr. Pedregon Jr. and his counsel.

3

4    Dated:   April 25, 2011

5                                     Respectfully submitted,

6                                     BARRY J. PORTMAN
                                 Federal Public Defender

7

8                                _____/s/_____
                               MANUEL U. ARAUJO

9                                   Assistant Federal Public Defender

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

APPLICATION AND [PROPOSED] ORDER
TO FILE DECLARATION UNDER SEAL
CR 10-00344 JF; CR 09-00586 JF          2

1

### ORDER

2         GOOD CAUSE APPEARING, upon request of Defendant Reynaldo Pedregon Jr., it is

3 hereby ordered that the Declaration of Manuel U. Araujo in Support of the Motion to Withdraw

4 as Counsel and Exhibit be filed **Under Seal**.

5         IT IS SO ORDERED.

6

7 Dated: April **27**, 2011

                            Paul S. Gn

8                           HONORABLE PAUL S. GREWAL
                          United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

APPLICATION AND [~~PROPOSED~~] ORDER
TO FILE DECLARATION UNDER SEAL
CR 10-00344 JF; CR 09-00586 JF                 3